**Order entered August 28, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01247-CR

## ANDREW JACOBY DUFFY, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause No. F18-2085-J**

## ORDER

Before the Court is appellate counsel Shelly K. Messerli's August 26, 2020 motion to withdraw as appointed counsel on appeal. We **GRANT** the motion and **DIRECT** the Clerk of the Court to remove Shelly K. Messerli as appointed counsel for appellant.

We **ORDER** the trial court to appoint new counsel to represent appellant in this appeal. We **ORDER** the trial court to transmit a supplemental clerk=s record

containing the order appointing new counsel to this Court within **FIFTEEN DAYS** of the date of this order.

We **ABATE** the appeal to allow the trial court to comply with this order. We will reinstate the appeal when we receive the order appointing new counsel.

/s/    BILL PEDERSEN, III
JUSTICE